NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5421
     Facsimile: (213) 894-0142
     E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>25 AUTOMOTIVE GRILLES,<br><br>        Defendant. | No. 2:18-cv-09324<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>19 U.S.C. §§ 1526(b), 1526(e) and 1595a(c)(2)(C)<br><br>[CBP] |
|---|---|

    Plaintiff United States of America brings this claim against defendant 25 Automotive Grilles, and alleges as follows:

                    JURISDICTION AND VENUE

    1.   This is an in rem civil forfeiture action brought pursuant to 19 U.S.C. §§ 1526(b) and (e), and 1595a(c)(2)(C).

    2.   This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

    3.   Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is 25 Automotive Grilles (the "defendant property"), which were contained within shipments presented for entry into the United States at the Port of Los Angeles/Long Beach on or about April 25, 2017 as Entry Number 600-75696959 (valued at $540.15) and on or about May 10, 2017 as Entry Number 600-75677983 (valued at $1,215.00).

6. The defendant property was seized on or about May 25, and June 15, 2017 by United States Customs and Border Protection (the "CBP") and is currently in the custody of CBP in this district, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of V. Alexander & Co., Tong Yang Industry Co., LTD, Y.C.C. Parts MFG Co., LTD, FCA USA, LLC ("Chrysler") and LKQ Corporation and its subsidiary Keystone Automotive Industries, Inc. ("LKQ") may be adversely affected by these proceedings.

## BASIS OF FORFEITURE

### The April 25, 2017 Entry of 15 Grilles

8. Customs broker V. Alexander & Co. submitted Entry Number 600-75677983 to CBP on or about April 25, 2017, pursuant to which LKQ sought to import fifteen automotive Grilles (i.e., part of the defendant property) into the United States. The entry documents included a commercial invoice, packing list, bill of lading and completed CBP formal entry form and identified LKQ as the shipment's importer and ultimate consignee; V. Alexander and Co. as the customs broker which was acting as attorney on behalf of LKQ for submitting

the entry documents; and Tong Yang Industry Co., LTD as the company that shipped and exported the defendant property from China.

9. The completed formal entry form identified the defendant property as five automotive grilles (model CH1200232PP) with an appraised domestic value of $166.20 and MSRP value of $380.00, five automotive grilles (model CH1200311PP) with an appraised domestic value of $294.95 and a Manufacturers Suggested Retail Price ("MSRP") value of $2,210.00, and five automotive grilles (model CH1200341PP) with an appraised domestic value of $614.50 and MSRP value of $2,260.00.

10. CBP examined the grilles and determined that they bore trademarks that were identical with or substantially indistinguishable from, or that copied or simulated, trademarks owned by Chrysler, and were registered with the United States Patent and Trademark Office under registration numbers 2,924,936 and 2,764,249, and were recorded with CBP under recordation number TMK 06-00842 and TMK 06-00847.

11. While LKQ holds two licensing agreements authorizing LKQ to import certain automotive grilles into the United States, the defendant property consists of grilles that are not included in the licensing agreements and are substantially indistinguishable from the trademarked designs. Below are images of the defendant property which are not authorized for importation under the licensing agreements along with an image of the protected trademark design.

     

LKQ Model No. CH1200232PP         TMK 06-00842

     

LKQ Model No. CH1200311PP         TMK 06-00847

     

LKQ Model No. CH1200341PP         TMK 06-00847

12. Based on communications with Chrysler and the other available evidence, CBP determined the grilles infringed upon the Chrysler trademarks and Chrysler has not consented to the importation of the Grilles.

13. On May 25, 2017, CBP seized the grilles.

<u>The May 10, 2017 Entry of 10 Grilles</u>

14. Customs broker V. Alexander & Co. submitted Entry Number 600-75696959 to CBP on or about May 10, 2017, pursuant to which LKQ sought to import ten automotive Grilles (<u>i.e.</u>, the rest of the defendant property) into the United States. The entry documents included a commercial invoice, packing list, bill of lading and completed CBP formal entry form and identified LKQ as the shipment's importer and ultimate consignee; V. Alexander and Co. as the customs broker which was acting as attorney on behalf of LKQ for submitting

4

the entry documents; and Y.C.C. Parts MFG Co., LTD as the company that shipped and exported the defendant property from China.

15.  The completed formal entry form identified the defendant property as five automotive grilles (model CH1200221) with an appraised domestic value of $75.05 and an MSRP value of $1,560.00, and five automotive grilles (model CH1200261) with an appraised domestic value of $204.00 and a MSRP value of $2,285.00.

16.  CBP examined the grilles and determined that they bore trademarks that were identical with or substantially indistinguishable from, or that copied or simulated, trademarks owned by Chrysler, and were registered with the United States Patent and Trademark Office under registration numbers 2,970,629 and 2,764,249, and were recorded with CBP under recordation number TMK 06-00837 and TMK 06-00847.

17.  While LKQ holds two licensing agreements authorizing LKQ to import certain automotive grilles into the United States. The defendant property consists of grilles that are not included in the licensing agreements and are substantially indistinguishable from the trademarked designs.  Below are images of the defendant property that are not authorized for importation under the licensing agreements along with an image of the protected trademark design.

   



LKQ Model No. CH1200221                    TMK 06-00847

 

LKQ Model No. CH1200261                    TMK 06-00837

18. Based on communications with Chrysler and the other available evidence, CBP determined the grilles infringed upon the Chrysler trademarks and Chrysler has not consented to the importation of the Grilles.

19. On June 15, 2017, CBP seized the grilles.

FIRST CLAIM FOR RELIEF

20. Plaintiff re-alleges paragraphs 1 through 19 above as if fully set forth herein.

21. Based on the above, plaintiff alleges that that the defendant property is merchandise bearing a counterfeit mark within the meaning of 15 U.S.C. § 1127 (a spurious mark which is identical with or substantially indistinguishable from a registered mark) imported into the United States in violation of 15 U.S.C. § 1124 (prohibiting importation of goods which copy or simulate a registered trademark). The defendant property is therefore subject to forfeiture pursuant to 19 U.S.C. § 1526(e).

SECOND CLAIM FOR RELIEF

22. Plaintiff re-alleges paragraphs 1 through 19, above, as if fully set forth herein.

23. Based on the above, plaintiff alleges that the defendant property is merchandise bearing a trademark owned by Chrysler, a corporation organized within the United States. The defendant

6

1 property is therefore subject to forfeiture pursuant to 19 U.S.C.
2 § 1526(b).

### THIRD CLAIM FOR RELIEF

4  24.  Plaintiff re-alleges paragraphs 1 through 19, above, as if fully set forth herein.

6  25.  Based on the above, plaintiff alleges that the defendant property is merchandise bearing a counterfeit mark within the meaning of 15 U.S.C. § 1127 (a spurious mark which is identical with or substantially indistinguishable from a registered mark) and is merchandise introduced or attempted to be introduced into the United States contrary to 15 U.S.C. § 1124 (prohibiting importation of goods which copy or simulate a registered trademark) and § 1125 (prohibiting false designation of origin of goods and false and misleading representation, likely to cause confusion mistake or deception as to an affiliation between the importer and registered trademark owner as to the origin, sponsorship or approval of the defendant property by the registered trademark owner).  The defendant property is therefore subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(C).

 WHEREFORE, plaintiff United States of America prays:

 (a)  that due process issue to enforce the forfeiture of the defendant property;

 (b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

 (c)  that this Court decree forfeiture of the defendant property to the United States of America for disposition according to law; and
///

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: October 31, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Division


   /s/ Brent A. Whittlesey___
BRENT A. WHITTLESEY
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

8

VERIFICATION

I, Esther Marshall, hereby declare that:

1.  I am the Acting Fines, Penalties and Forfeiture Office at the Port of Los Angeles/Long Beach in Long Beach, California.

2.  I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.  Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed Oct. 30, 2018, 2018 in Long Beach, California.

ESTHER MARSHALL
Acting Fines, Penalties and Forfeiture Officer
Department of Homeland Security
U.S. Customs and Border Protection
Long Beach, California